IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHELANGELO CAPUA, In his capacity as Personal Representative of the Estate of Carlo Capua, Deceased;<br><br>Plaintiff,<br><br>vs.<br><br>DUNCAN AVIATION, INC., a Nebraska Corporation;<br><br>Defendant. | 8:14CV335<br><br>**ORDER** |

This matter is before the Court following a telephone conference with the parties regarding the cross motions for summary judgment, [Filing No. 36](Filing No. 36) and [Filing No. 39](Filing No. 39). Mary Hewitt represented the plaintiff. John M. Guthrey Jr. and Derek A. Aldridge represented the defendant.

IT IS ORDERED THAT:

1. The plaintiff is given until May 27, 2016 to file a brief regarding the Italian law on statute of limitations.

2. The defendant is given until June 10, 2016 to file a reply brief.

3. The plaintiff shall notify the Court if rebuttal time is required otherwise the matter will be deemed submitted.

Dated this 12th day of May, 2016

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge