## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHELANGELO CAPUA, ) | |
| In his capacity as Personal ) | |
| Representative of the Estate of Carlo ) | |
| Capua, Deceased, ) | 8:14CV335 |
| ) | |
| Plaintiff, ) | ORDER |
| ) | |
| v. ) | |
| ) | |
| DUNCAN AVIATION, INC. ) | |
| a Nebraska Corporation, ) | |
| ) | |
| Defendant. ) | |

This matter comes before the court on the parties' Joint Motion to Continue Trial and All Associated Pre-Trial Dates (Filing No. 70). The parties seek continuance of the pretrial conference and trial because they believe the pending cross-motions for summary judgment (Filing No. 36 and Filing No. 39) will resolve the controversy between the parties. For good cause shown, the court will grant the motion. Accordingly,

**IT IS ORDERED:**

1. The Joint Motion to Continue Trial and All Associated Pre-Trial Dates (Filing No. 70) is granted.

2. The pretrial conference scheduled for September 30, 2016, and the trial scheduled to commence October 11, 2016, are canceled.

3. The court will reschedule the pretrial conference and trial, if necessary, after the resolution of the pending motions for summary judgment.

**DATED: September 23, 2016.**

                                                **BY THE COURT:**

                                                **s/ F.A. Gossett**
                                                **United States Magistrate Judge**